UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

FISHER-PRICE, INC. AND
MATTEL, INC.,

                     Plaintiffs,

                                                                                 ORDER
           v.                                                                   04-CV-480A

DOREL JUVENILE GROUP, INC.,
DOREL INDUSTRIES, INC., and
DOREL, U.S.A., INC.,

                     Defendants.

---

       The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On July 27, 2005, Magistrate Judge Scott filed a Report and Recommendation, recommending that the joint motion of defendants Dorel Industries, Inc. and Dorel U.S.A., Inc. to dismiss the complaint or the amended complaint as to them on personal jurisdictional grounds be granted.

       The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

       ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation,  the joint motion of defendants Dorel Industries, Inc. and Dorel U.S.A., Inc. to dismiss the complaint or the amended complaint as to them on personal jurisdictional grounds is granted.  The case is referred back to Magistrate Judge Scott for further proceedings.

IT IS SO ORDERED.

/s/ Richard J. Arcara

_____
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

Dated: August 22    , 2005